IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM BURKE,<br>    Plaintiff,<br>v.<br><br>CITY OF ROMAN FOREST<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CA No. 4:13-cv-625<br><br><br>JURY DEMANDED |

## ORDER

The Plaintiff has announced settlement. This case is dismissed with prejudice. This is a final judgment.

Signed this 21st day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

Order on Motion to Dismiss